JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANTHONY COOPER,<br><br>    Petitioner,<br><br>v.<br><br>JEANNA S. WOODFORD, Director of C.D.C.R.,<br><br>    Respondent. | Case No. CV 10-3461-PA (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 17, 2012

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE